UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:07CV-00119-JHM
CRIMINAL ACTION NO. 1:05CR-00040-JHM

TERRY LYNN WILSON                                                            MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                                                RESPONDENT/PLAINTIFF

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Wilson's motion pursuant to § 2255 is DISMISSED with prejudice.

A Certification of Appealability is DENIED.

Copies to:    Movant/Defendant, *pro se*
              Counsel of Record
              Magistrate Judge Goebel